

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00068-CR

Albert Araiza **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0541
Honorable Velia J. Meza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED March 23, 2022.

_____
Beth Watkins, Justice